AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>EDUARDO LANDAVERDE<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

<div style="border:1px solid black">

**FILED**

May 21 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

</div>

Case No.   **CR 26-70720-MAG**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 21, 2026_____ in the county of _____Santa Clara_____ in the
_____Northern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor to engage in criminal sexual conduct<br><br>PENALTIES: Mandatory imprisonment of 10 years to life; mandatory supervised release term of 5 years to life; maximum $250,000 fine; mandatory special assessment of $5,100 ($100 special assessment under 18 U.S.C. § 3013 and $5,000 special assessment under 18 U.S.C. § 3014(a)(3)); potential restitution and forfeiture. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Seth Witten.

☑ Continued on the attached sheet.

_____/s/ Seth Witten_____
*Complainant's signature*

Approved as to form ____/s_____
AUSA _Katie Griffin_____

FBI SA Seth Witten
*Printed name and title*

Sworn to before me by telephone.

Date:  __May 21, 2026__

_Susan van Keulen_
*Judge's signature*

City and state:  _____San Jose, California_____

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Seth Witten, being duly sworn, state as follows:

## INTRODUCTION

1.      I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Eduardo LANDAVERDE with one count of using or attempting to use a means of interstate commerce to persuade, induce, entice, or coerce a minor to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b), on or about May 21, 2026.

2.      This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit are based on my personal observations, my training and experience, records and reports, and information provided to me by other law enforcement officials and witnesses. All times in this affidavit are approximate.

## AFFIANT BACKGROUND

3.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2009. I am currently assigned to the San Francisco Field Office, Oakland Resident Agency, to a squad that investigates crimes against children, including those committed via the Internet or computers. Since joining the FBI, I have investigated, among other things, federal criminal violations related to child pornography and the sexual exploitation of minors. I have received on-the-job training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media. I have participated in the execution of numerous federal search warrants conducted by the FBI and in the seizure of computer systems and other types of digital evidence. In addition, I am a certified Digital Extraction Technician ("DExT") with the FBI, having been certified in February

1

2020. As a DExT, I am authorized to conduct digital analysis of evidence specific to crimes against children investigations and have utilized this authorization for the forensic digital review of materials related to child pornography and the sexual exploitation of minors. Furthermore, I am an FBI online covert employee (OCE), having been certified in August 2025. As an OCE, I am authorized to engage in online undercover communications that include, but are not limited to, discussions that involve sexual interests and activities associated with minors and sexual acts in exchange for money.

## APPLICABLE STATUTES

3.     This investigation concerns an alleged violation of Title 18, United States Code, Section 2422(b), which states: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

## FACTS SUPPORTING PROBABLE CAUSE

4.     Between approximately April 18, 2026, and May 21, 2026, an individual later identified as Eduardo LANDAVERDE (herein, "LANDAVERDE") communicated online with an individual he believed to be a 19-year-old adult female in order to arrange to have sex with that adult female's 14-year-old cousin. LANDAVERDE also communicated directly with an individual he believed to be the 14-year-old cousin. LANDAVERDE arranged to meet the 14-year-old cousin on May 21, 2026, at a hotel in Milpitas, California. On May 21, 2026, LANDAVERDE traveled to the prearranged hotel in order to commit sex acts with the 14-year-old minor. LANDAVERDE was encountered by an undercover FBI agent, posing as the adult cousin, at the hotel parking lot, where he provided proof of the condom he brought, paid the undercover $20, and accepted the room key.

2

SUMMARY OF CHATS WITH LANDAVERDE AND OCE POSING AS ADULT

5.        On approximately April 18, 2026, an FBI Online Covert Employee (hereafter referenced as the "OCE"), created a profile on the online application "Fet." Fet is a fetish dating application that utilizes the internet to make connections between users based on their physical locations. The profile identified the OCE as a 19-year-old adult female.

6.        The same day, the OCE received a direct message via Fet from user "Ghostmakesbank" asking why the OCE set up their profile. At the time, Ghostmakesbank's profile showed he was a 24-year-old male from Brentwood. The profile had three profile pictures, all of the same clean-shaven adult male with dark hair. The OCE responded that the OCE built the profile for their "little cousin," later identified as "Maisy," because Maisy was inexperienced and the OCE was trying to help her.  Ghostmakesbank said, "im hoping that the age of the account is hers right" followed with, "[i]f not I'm scared to ask how little the cousin is." The OCE suggested they continue the conversation on another platform and proposed either Discord or Telegram. Ghostmakesbank advised that his Telegram username was the same as his Fet profile name (i.e., Ghostmakesbank). Based on my training and experience, I know both Telegram and Discord are encrypted communication services that use the Internet to allow users to message each other.

7.        On or about April 19, 2026, the OCE sent a message on Telegram to user Ghostmakesbank and confirmed the OCE was talking to the same person as on Fet. During this conversation, the OCE described Maisy as "younger." Ghostmakesbank asked, "like younger you mean youngggger, I assume?" Ghostmakesbank further advised, "well I don't mind if she's younger depending on how much younger she is yk." Ghostmakesbank then asked the OCE to subtract Maisy's age from the OCE's age so he could know Maisy's age. The OCE stated they would have to subtract 5 years from the OCE's age to get to Maisy's age. Ghostmakesbank replied, "honestly not at alllllll what I expected. Don't you think she's a bit too under to try getting fucked." The OCE apologized and

3

advised Ghostmakesbank that he did not have to talk to the OCE further if he wasn't interested and noted that the OCE was just looking for someone they could trust and not someone random.

8.      Ghostmakesbank noted that he was "iffy" on meeting Maisy but did not want to commit. Ghostmakesbank further noted he would want to make sure Maisy has a "nice and safe time yk?" The OCE reiterated that if the age is a problem the OCE would have no hard feelings about ceasing communication. Ghostmakesbank advised he had a decade on Maisy, and he would "make sure I get the chance with her then she will be safe and doesn't get hurt in the process unless she's into sadism."

9.      When asked what Ghostmakesbank would want to do if he were to meet Maisy, he responded: "first time meet will be, tossing her onto the bed, stripping her down slowly, sucking on her tits and leaving her laying there expecting what's next. Then I would see if she's liking what's happening and if she is then I'll take off my pants and let her have a taste. She doesn't need to know how to do it, I'll be patient and guide her to how I like it. I will fuck her with a condom tho, not changing on that."

10.     The OCE asked Ghostmakesbank, "you sure though it's ok with you? Like her being 14 and all cuz I don't want to talk about you to her if your not really ok with it." Ghostmakesbank responded, "It's not the best age but rather of taking the chance just so I know she will be safe. She's at an age where that's important and doesn't get a random dad off snap yk."

11.     The OCE advised they discussed this with Maisy, and Maisy was interested. Ghostmakesbank asked if Maisy had any questions, to which the OCE responded Maisy was curious about what Ghostmakesbank would want to do. Ghostmakesbank advised: "well besides sucking on her tits, having my cock sucked and sex. I wouldn't mind foreplaying, free use if she's ok with letting go and being told what to do and how to do it, and make cumming on her face."

4

12.    When Ghostmakesbank asked what Maisy looked like, the OCE shared pictures of what appeared to be a minor female.[1] Ghostmakesbank asked when he could meet her and whether she would want to chat directly with him. The OCE advised that Maisy could talk with Ghostmakesbank directly on Discord. Ghostmakesbank said Maisy could reach out to him on Discord using the same username (i.e., Ghostmakesbank).

13.    On April 20, 2026, Ghostmakesbank noted that he did not want "trouble" and said: "we both would be in the worst spots, me for meeting with sexual intentions and you for aiding." The OCE stated they didn't want someone not okay with meeting because of Maisy's age. Ghostmakesbank responded, "nah her age isn't an issue it's being caught that is."

14.    Between April 20 and May 8, 2026, Ghostmakesbank and the OCE discussed possible dates and times when Ghostmakesbank could meet with Maisy in a hotel room for the purpose of sex.

15.    On May 8, 2026, the OCE asked if Ghostmakesbank was still okay with the fact that Maisy was only 14 years old, to which Ghostmakesbank responded, "as long as no one knows, I'll make sure she's safe and happy," and noted, "I just gotta hope your not a cop or sum lmao." Ghostmakesbank added, "I'll do anything for her, even if I go to jail for her I won't care."

16.    On May 11, 2026, Ghostmakesbank offered to get something for the OCE as a thank-you for allowing Ghostmakesbank to meet their cousin. The OCE responded they would rather have cash. Ghostmakesbank asked how much and the OCE advised $50.

17.    On May 13, 2026, the OCE advised the following Thursday morning (May 21, 2026) worked for Ghostmakesbank to meet Maisy. Ghostmakesbank advised that day would work for him.

//

//

---

[1] These images portrayed a clothed adult female who had been digitally altered to appear like a minor.

SUMMARY OF CHATS WITH LANDAVERDE AND OCE POSING AS MINOR FEMALE

18.    On or about April 20, 2026, the OCE, posing as a 14-year-old female named Maisy, contacted Discord user Ghostmakesbank. The OCE advised the OCE's cousin gave her Ghostmakesbank's Discord username and asked her to reach out. Ghostmakesbank asked the OCE why the OCE was interested in exploring sexual acts. The OCE responded that because their friends had tried things, the OCE was curious about it. When Ghostmakesbank asked if the OCE's friends had experimented with older men, the OCE advised "a little older" and specified 16 or 17 years old.

19.    Ghostmakesbank advised he wanted to make sure "this ain't a trap yk." When asked what he meant, Ghostmakesbank clarified, "trap like cops involved but at the same time if it's all legit then I feel safe cuz no way your cousin would wanna get in trouble."

20.    Ghostmakesbank asked for pictures of the OCE to confirm she was real and matched the pictures shared with Ghostmakesbank on Telegram. The OCE provided Ghostmakesbank an image of the same female previously shared with Ghostmakesbank on Telegram.[2]

21.    Ghostmakesbank stated that the OCE may want to be "tossed around, pinned down and be shown what you can do for me." When asked what he meant by that, Ghostmakesbank advised: "like I'll guide my hands all over your body, squeeze and suck your tits while going down and seeing how wet you are. Then Make you give me head." Ghostmakesbank further asked, "would you want me to cum on your body or in your mouth?" but noted he would bring condoms.

22.    On April 21, 2026, the OCE asked what Ghostmakesbank would want to do if they met. Ghostmakesbank responded, "everything I said yesterday is what I will do, I don't talk the talk, if I said I'll do it, IMMA DO IT." Ghostmakesbank added that, "I was going to potentially eat you out and tease you with my tongue."

---

[2] These images portrayed a clothed adult female who had been digitally altered to appear like a minor.

23. On May 8, 2026, Ghostmakesbank advised, "your cousin wants us to fuck this coming week you down." The OCE asked if Ghostmakesbank wanted to do that with the OCE. Ghostmakesbank confirmed this to be the case and asked if the OCE was still interested. The OCE responded only if Ghostmakesbank was interested.

24. Ghostmakesbank asked, "wanna see my cock before hand? I'll delete the pic after you see it." Ghostmakesbank then sent an image of an erect male penis with the caption: "you think you would be a good girl and take it." After confirming the OCE saw the image and noting its size, Ghostmakesbank deleted the image and stated it was erect "cuz it needs you, only you can hand it, right princess."

25. Ghostmakesbank asked whether the OCE would be interested in having a threesome with Ghostmakesbank and suggested the OCE could invite one of their friends to join. Ghostmakesbank then added that it was something to consider in the future and that "first thing is to focus on fucking you."

26. Ghostmakesbank asked for additional pictures of the OCE. When asked what type of pictures, Ghostmakesbank stated, "I mean if you don't wanna be a good little girl and send a nude one, you could just be in your bra and underwear and show me how sexy you can be." Ghostmakesbank further advised, "you don't have any issues with that do you slut." Ghostmakesbank then sent the OCE a video of an adult male masturbating and ejaculating and captioned the video "motivation for you to be a good girl and do it." Ghostmakesbank asked the OCE what they liked most about the video, then sent the OCE a second video depicting an adult male penis penetrating the anus of a sex doll. Ghostmakesbank then asked the OCE "on a scale 1-100 how badly do you want it to be you instead."

27. On May 9, 2026, Ghostmakesbank asked if the OCE had thought more about sending nude or semi-nude images. Ghostmakesbank noted, "you had all of today to give an answer, will you

be a good little slut." When the OCE advised they were not comfortable sending those images, Ghostmakesbank stated, "well you have to get used to being a good little girl for your man, don't you want that baby." When the OCE again expressed reservation, Ghostmakesbank said, "come on baby, I'm helping my slut to be more comfy by doing it with someone she can trust. I just want my slut to show off how sexy and obedient she can be." Ghostmakesbank further advised, "I wont ask again till we fuck and I cum all over you."

28.     Ghostmakesbank asked if the OCE wanted Ghostmakesbank to bring them anything when they meet, and suggested underwear or lingerie. Ghostmakesbank then sent the OCE images of lingerie and asked which the OCE would prefer. Ghostmakesbank noted he would bring fruit by the foot which he would put on his penis. When asked why, Ghostmakesbank stated, "it would make you suck my cock longer till the candy is gone."

29.     Ghostmakesbank sent a video depicting an adult male having sexual intercourse with a sex doll before ejaculating on the ground and asked the OCE, "should I use you like this?" Ghostmakesbank further advised, "I'll make sure you feel what its like to be a toy used and cummed on."

30.     On May 10, 2026, Ghostmakesbank suggested he take nude images of the OCE when they meet.

31.     On May 12, 2026, Ghostmakesbank requested the OCE call him either "daddy" or "sir" and then sent an image of an erect male penis and asked, "who wants this cock." Ghostmakesbank then sent the OCE various cartoon renderings depicting sexual acts between a male and female. Ghostmakesbank noted that the sexual acts depicted what Ghostmakesbank would be doing with the OCE.

8

32.     Ghostmakesbank advised that before meeting the OCE, Ghostmakesbank met a 15-year-old female in February 2026 who had filmed 6 sex tapes. Ghostmakesbank noted he only met the female on Snapchat and not in real life.

33.     On May 13, the OCE advised the OCE did not have school the following Thursday. Ghostmakesbank replied, "well if you have no school maybe we can fuck on that day." Ghostmakesbank further stated, "you have to suck my cock until I cum that will be your homework on my cock."

34.     Ghostmakesbank stated that while he never met the 15-year-old from Snapchat, he had sexual experience with someone two years older than the OCE who was sexually inexperienced. Ghostmakesbank advised they had "sex, sucked her tits, ate her out, and she sucked my cock. She let me record it too."

35.     On May 14, 2026, after discussing the minor female Ghostmakesbank had been sexually active with, Ghostmakesbank stated, "I'll show you a lil clip of it. Not the entire thing." Ghostmakesbank then sent the OCE a video depicting a topless female with dark hair and wearing a silver bracelet on her right wrist performing oral sex on an adult male penis. When the OCE noted the female looked pretty, Ghostmakesbank responded, "you'll look even better in my cock baby I promise that." He noted it was the female's first time doing oral sex and said that he also had sexual intercourse with the female, and it was her first time having sex.

36.     Ghostmakesbank later sent the OCE a picture of what appeared to be the same minor female. This image depicted a topless female with white liquid around her mouth. The female was wearing a silver bracelet on her right wrist, similar to the bracelet depicted in the above-described video. Ghostmakesbank described the sexual acts he engaged in with the minor female, noting that he had "cummed all over her face." Ghostmakesbank further clarified that the white liquid seen in the

9

picture was Ghostmakesbank's semen. Ghostmakesbank stated he had met the female on Snapchat and that she went to the high school near Ghostmakesbank's house.

<u>MEETING WITH AND IDENTIFICATION OF LANDAVERDE</u>

37.     During the days leading up May 21, 2026, the OCE, posing as the adult cousin, discussed a possible meeting with Telegram user Ghostmakesbank for the purpose of having sex with the OCE's minor cousin. The OCE and Ghostmakesbank agreed to meet at a hotel in Milpitas, California, which is within the Northern District of California. On May 21, 2026, the OCE, posing as the adult cousin, confirmed with Ghostmakesbank that they would meet at 10:30AM in the hotel parking lot. There, the OCE would provide Ghostmakesbank with a key to the hotel room that the OCE adult cousin persona had reserved for Ghostmakesbank to have sex with the OCE's minor cousin.

38.     The OCE, still posing as the adult cousin, described to Ghostmakesbank the car that the adult cousin would be driving and the outfit she would be wearing. Another undercover FBI agent (herein, the "UC") posed as the adult cousin driving this described car and wearing the described outfit.

39.     At approximately 10:30AM, an individual later identified as LANDAVERDE was seen in the hotel parking lot. He was seen exiting the driver's side of a 2005 silver Toyota Carolla, registered to Eduardo Antonio Landaverde at an address on Guise Way in Brentwood, California.

40.     LANDAVERDE approached the UC, who was standing in the parking lot near her car. The UC asked if LANDAVERDE brought everything he needed. LANDAVERDE responded that he did. The UC asked specifically about condoms, and LANDAVERDE pulled a condom from his pocket and showed it to the UC. The UC provided LANDAVERDE with a hotel key card, told him that the room number was on the back of the card, and indicated that her cousin was waiting for him

in the room on the second floor. LANDAVERDE took the key card and, without prompting, handed the UC a twenty-dollar bill. LANDAVERDE walked away from the UC, toward the hotel.

41. LANDAVERDE was identified by his California driver's license as Eduardo A. Landaverde Landaverde, at an address on Guise Way in Brentwood, California. His visual appearance and the photo on the driver's license matched the profile pictures of Ghostmakesbank on the Fet app.

## CONCLUSION

42. Based on my knowledge, training, experience, and the facts set forth in this affidavit, I respectfully submit there is probable cause to believe Ghostmakesbank violated Title 18, United States Code, Section 2422(b), within the Northern District of California, on May 21, 2026. Therefore, I request that the court issue a criminal complaint and an accompanying arrest warrant for LANDAVERDE.

43. I swear the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Seth Witten/SvK w/permission
SETH WITTEN
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to FED. R. CRIM. P. 4.1 and 4(d) on this _21st_ day of May 2026.

HON. SUSAN VAN KEULEN
United States Magistrate Judge

11